AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JAMES BONOMO,

        Plaintiff,

-against-

MITSUBISHI INTERNATIONAL CORPORATION,

        Defendant.

**APPEARANCE**

Case Number: 07-CV-5967 (CM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MITSUBISHI INTERNATIONAL CORPORATION

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 29, 2007 | *(signature)* |
| Date | Signature |
| | Fredric C. Leffler     (FL-7998) |
| | Print Name     Bar Number |
| | PROSKAUER ROSE LLP |
| | 1585 Broadway |
| | Address |
| | New York     NY     10036 |
| | City     State     Zip Code |
| | (212) 969-3000     (212) 969-2900 |
| | Phone Number     Fax Number |