UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

JAMES BONOMO,                                    :    Case No. 07 Civ 5967(CM)
                Plaintiff,
                                         :

      -against-

                                         :    AFFIDAVIT OF SERVICE

MITSUBISHI INTERNATIONAL                         :
CORPORATION,
                                         :

        Defendant

------------------------------ x

STATE OF NEW YORK     )
                          )ss.:
COUNTY OF NEW YORK    )

        Roger N. Mclean, being duly sworn, deposes and states:

        1. I am not a party of the action, am over eighteen years of age, and reside in Kings County.

        2. On June 29, 2007 I served **NOTICE OF APPEARANCE of Fredric Charles Leffler and Paul Salvatore** upon the following party(ies) at the address(es) designated by them for that purpose; Chirstine A. Palmieri Liddle & Robinson LLp 800 Third Avenue New York, NY 10022.

        3. Said service was made by depositing true copies of above referenced papers enclosed in a prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of United State Post Office, within the State of New York.

                                                              Roger N. Mclean
                                                              Lic No. 1017623

Sworn to before me
29th of June, 2007

_____
Notary Public
        ALLEN F. HEALY
    Notary Public, State of New York
        No. 01HE6051567
      Qualified in Bronx County
  Commission Expires December 4, 2010