RECEIVED
JUN 29 2007
CHAMBERS OF
COLLEEN McMAHON

McMahon, J.

PROSKAUER ROSE LLP
Fredric C. Leffler (FL-7998)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900
*Attorneys for Defendant*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JAMES BONOMO,

             Plaintiff,

   -against-

MITSUBISHI INTERNATIONAL
CORPORATION,

             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No.: 07-CV-5967 (CM)

**STIPULATION AND ORDER
EXTENDING TIME TO
ANSWER, MOVE AGAINST
OR OTHERWISE RESPOND
TO THE COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties, pursuant to Rules 4(d) an 12(a) of the Federal Rules of Civil Procedure, that the time for the Defendant to answer, move against, or otherwise respond to the Complaint in this action shall be extended through and including August 10, 2007.

Dated: New York, New York
      June 27, 2007

_____
Jeffrey L. Liddle (JL-8256)
Christine A. Palmieri (CP-8235)
LIDDLE & ROBINSON, LLP
800 Third Avenue
New York, NY 10022
Phone: (212) 687-8500
Fax: (212) 687-1505
*Attorneys for Plaintiff*

_____
Paul Salvatore (PS-1880)
Fredric C. Leffler (FL-7998)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000
Fax: (212) 969-2900
*Attorneys for Defendant*

SO ORDERED:

_____
Hon. Colleen McMahon, U.S.D.J.

6-29-07