ZACHARY D. FASMAN (ZF-5380)
STEPHEN P. SONNENBERG (SS-4609)
GLENN S. GRINDLINGER (GG-7495)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES BONOMO,<br><br>       Plaintiff,<br><br>  - against -<br><br>MITSUBISHI INTERNATIONAL CORPORATION,<br><br>       Defendant. | 07 Civ. 5967 (CM)<br><br>**RULE 7.1 STATEMENT** |

Defendant Mitsubishi International Corporation by its attorneys, Paul, Hastings, Janofsky & Walker LLP, hereby identifies the following parent corporations or publicly held corporations that own 10% or more of its stock: **Mitsubishi Corporation.**

Dated: New York, New York
   August 10, 2007

PAUL, HASTINGS, JANOFSKY
& WALKER LLP

By: _/s/ Zachary D. Fasman_
  Zachary D. Fasman (ZF-5380)
  Stephen P. Sonnenberg (SS-4609)
  Glenn S. Grindlinger (GG-7495)
  75 East 55th Street
  New York, New York 10022
  (212) 318-6000

*Attorneys for Defendant,*
*Mitsubishi International Corporation*

ZACHARY D. FASMAN (ZF-5380)
STEPHEN P. SONNENBERG (SS-4609)
GLENN S. GRINDLINGER (GG-7495)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES BONOMO,<br><br>      Plaintiff,<br><br>- against -<br><br>MITSUBISHI INTERNATIONAL CORPORATION,<br><br>      Defendant. | 07 Civ. 5967 (CM)<br><br>**CERTIFICATE OF SERVICE** |

The undersigned member of the Bar of this Court hereby certifies that on **August 10, 2007**, by first class mail, he served a true and correct copy of **Defendant Mitsubishi International Corporation's Rule 7.1 Statement** on Jeffrey L. Liddle, Esq. and Christine A. Palmieri, Esq. of Liddle & Robinson, **Attorneys for Plaintiff**, at 800 Third Avenue, **New York, New York 10022**, the addresses designated by said attorneys for that purpose.

Dated: New York, New York
   August 10, 2007

                          GLENN S. GRINDLINGER (GG-7495)