AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

JAMES BONOMO,
    Plaintiff,

    -against-

MITSUBISHI INTERNATIONAL
CORPORATION,
    Defendant.

**APPEARANCE**

Case Number: 07-CV-5967 (CM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JAMES BONOMO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/14/2007 | *[Signature]* |
| Date | Signature |
| | Christine A. Palmieri     CP 8235 |
| | Print Name     Bar Number |
| | Liddle & Robinson, L.L.P.   800 Third Avenue |
| | Address |
| | New York    NY    10022 |
| | City    State    Zip Code |
| | (212) 687-8500    (212) 687-1505 |
| | Phone Number    Fax Number |