

McMahon, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES BONOMO,<br><br>       Plaintiff,<br><br> - against -<br><br>MITSUBISHI INTERNATIONAL<br>CORPORATION,<br><br>       Defendant. | 07 Civ. 5967 (CM)<br><br>STIPULATION AND CONSENT<br>TO SUBSTITUTION OF<br><u>COUNSEL AND ORDER</u> |

IT IS HEREBY STIPULATED AND AGREED by the undersigned that the law firm of Paul, Hastings, Janofsky & Walker, LLP, 75 East 55th Street, New York, New York 10022 be and hereby is substituted in place of the law firm of Proskauer Rose LLP, 1585 Broadway, New York, New York 10036, as counsel of record in this action for the defendant Mitsubishi International Corporation.

WITHDRAWING COUNSEL:

PROSKAUER ROSE LLP

By: _/s/ Fredric C. Leffler_
Paul Salvatore (PS-1880)
Fredric C. Leffler (FL-7998)
1585 Broadway
New York, New York 10036
(212) 969-3000

NEW COUNSEL:

PAUL, HASTINGS, JANOFSKY &
WALKER LLP

By: _/s/_
Zachary D. Fasman (ZF-5380)
Stephen P. Sonnenberg (SS-4609)
Glenn S. Grindlinger (GG-7495)
75 East 55th Street
New York, New York 10022
(212) 318-6000

SO ORDERED:

_/s/_
U.S.D.J.

Dated: 8/15/2007

LEGAL_US_E # 75877094.1

SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES BONOMO,

            Plaintiff,

   - against -

MITSUBISHI INTERNATIONAL
CORPORATION,

            Defendant.

07 Civ. 5967 (CM)

AFFIDAVIT PURSUANT TO
LOCAL RULE 1.4

---

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

      Glenn S. Grindlinger, Esq., being duly sworn, under penalties of perjury, deposes and says:

      1.    I am associated with the law firm of Paul, Hastings, Janofsky & Walker, LLP ("Paul Hastings") and I am admitted to the Bar of this Court.

      2.    I submit this affidavit pursuant to Local Rule 1.4 in support of the Stipulation and Consent to Substitution of Counsel and Order filed by Defendant Mitsubishi International Corporation ("MIC").

      3.    This request is sought because MIC has expressed a preference to retain Paul, Hastings as its counsel in this action rather than Proskauer Rose LLP.

      4.    Proskauer Rose LLP consents to this Substitution of Counsel.

      5.    Plaintiff James Bonomo filed a Complaint in this action on or about June 22, 2007. The parties stipulated that MIC's time to answer, move, or otherwise respond to the Complaint filed in this action shall be extended until August 10, 2007, which the Court "So Ordered" on June 29, 2007.

LEGAL_US_E # 76045343.1

6.  Accordingly, given the early stage of the case, if MIC's request for substitution of counsel is granted, no party will be prejudiced and no case management or other deadlines will be adversely affected

7.  I have discussed this Substitution of Counsel with Plaintiff James Bonomo's attorney, Christine A. Palmieri, Esq. of Liddle & Robinson, LLP, who voiced no objection to it.

Glenn S. Grindlinger (GG-7495)

Sworn before me on this
____ day of August, 2007

Notary Public

PENNY KAUFMAN
Notary Public, State of New York
No. 01KA6031140
Qualified in Kings County
Commission Expires September 27, 2009

LEGAL_US_E # 76045343.1