10/02/2007 12:58 FAX 212 687 1505   LIDDLE & ROBINSON, LLP   ☒002/005

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07
```

LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500
FACSIMILE: (212) 687-1505
www.liddlerobinson.com
E-mail: cpalmieri@liddlerobinson.com



MIRIAM M. ROBINSON (RETIRED)

JAMES A. BATSON
BLAINE H. BORTNICK
ETHAN A. BRECHER
DAVID I. GREENBERGER
MICHAEL E. GRENERT
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
MARC A. SUSSWEIN

JEFFREY ZIMMERMAN
STEPHEN J. STEINLIGHT
ANDREA M. PAPARELLA
REBECCA A. SAENGER
LISA D. SIDMAN
DINA N. WEINBERG
DAVID H. FELDSTEIN
AMY L. STUTIUS*

*AWAITING ADMISSION TO THE BAR

# MEMO ENDORSED

October 2, 2007

VIA FACSIMILE / (212) 805-6326
Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

*10/2/07  Fine  [signature]*

Re:   Bonomo v. Mitsubishi Int'l Corp.; 07 Civ. 5967 (CM)

Dear Judge McMahon:

    We represent the plaintiff, James Bonomo, in the above-captioned matter. We write to request an extension of time to conduct plaintiff's deposition, which pursuant to the existing scheduling order must be completed by October 31. Due to the trial schedule of plaintiff's counsel, we are unable to schedule plaintiff's deposition in October. Both sides are available on November 9 to conduct plaintiff's deposition, and plaintiff thus requests an extension until that date. Counsel for defendant does not object to this request. This is the first request for an extension of time. A proposed revised case management plan is attached.

Respectfully submitted,

*[signature]*
Christine A. Palmieri

cc:  Glenn S. Grindlinger, Esq. (via facsimile / (212) 230-5187)