STEPHEN P. SONNENBERG (SS-4609)
GLENN S. GRINDLINGER (GG-7495)
ALISON R. KIRSHNER (AK-3582)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES BONOMO,

        Plaintiff,

- against -

MITSUBISHI INTERNATIONAL CORPORATION,

        Defendant.

07 Civ. 5967 (CM)

**NOTICE OF APPEARANCE**

---

TO THE CLERK OF THE COURT:

    Please enter my appearance as counsel for Defendant Mitsubishi International Corporation, in the above-captioned action.

Dated: New York, New York
       October 3, 2007

                              PAUL, HASTINGS, JANOFSKY & WALKER LLP

                              /s/ Alison R. Kirshner
                              By:    Alison R. Kirshner
                              75 East 55th Street
                              New York, New York 10022
                              (212) 318-6000

                              *Attorneys for Defendant*
                              *Mitsubishi International Corporation*

ZACHARY D. FASMAN (ZF-5380)
STEPHEN P. SONNENBERG (SS-4609)
GLENN S. GRINDLINGER (GG-7495)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES BONOMO,<br><br>                Plaintiff,<br><br>   - against -<br><br>MITSUBISHI INTERNATIONAL CORPORATION,<br><br>                Defendant. | 07 Civ. 5967 (CM)<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on **October 3, 2007**, she served by personal service a true and correct copy of Alison Kirshner's Notice of Appearance on Christine A. Palmieri, Esq. of Liddle & Robinson, Attorneys for Plaintiff, at 800 Third Avenue, New York, New York 10022, the addresses designated by said attorneys for that purpose.

Dated: New York, New York
       October 3, 2007

                                          /s/ Alison R. Kirshner