MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:  11/28/07

# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE

NEW YORK, N.Y. 10022

(212) 687-8500

FACSIMILE: (212) 687-1505

www.liddlerobinson.com

E-mail: cpalmieri@liddlerobinson.com

NOV 27 2007

KEVIN N.
U.S. MAGISTRATE

MIRIAM M. ROBINSON (RETIRED)

JAMES A. BATSON
BLAINE H. BORTNICK
ETHAN A. BRECHER
DAVID I. GREENBERGER
MICHAEL E. GRENERT
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
MARC A. SUSSWEIN

JEFFREY ZIMMERMAN
STEPHEN J. STEINLIGHT
ANDREA M. PAPARELLA
REBECCA A. SAENGER
LISA D. SIDMAN
DINA N. WEINBERG
DAVID H. FELDSTEIN
AMY L. STUTIUS*

*AWAITING ADMISSION TO THE BAR

November 27, 2007

VIA FACSIMILE / (212) 805-6712

Hon. Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 540
New York, New York 10007

Re: Bonomo v. Mitsubishi Int'l Corp.; 07 Civ. 5967 (CM)

Dear Judge Fox:

We represent the plaintiff, James Bonomo, and write in response to defendant's letter of November 21 regarding the need for an English-Japanese translator at the December 6 deposition of Tetsuya ("Ted") Furuichi.

As defendant acknowledges in its letter, plaintiff has agreed to make a translator available in the event that Mr. Furuichi requires assistance with certain questions or documents. Given Mr. Furuichi's level of fluency with the English language, however, plaintiff objects to defendant's insistence that all questions and answers be translated. Instead, Mr. Furuichi should answer as many questions as possible in English, and use the translator only when necessary to fully understand a question or clearly communicate a response.

Defendant admits that Mr. Furuichi has communicated in English for 20 years and has previously and currently supervises MIC employees in English. Additionally, because plaintiff does not speak Japanese, all of his communications with

LIDDLE & ROBINSON, L.L.P.

Hon. Kevin N. Fox                                -2-                         November 27, 2007

Mr. Furuichi have been conducted in English, and the precise statements alleged to have been made by Mr. Furuichi during the incident of harassment in question were made in English.

The use of a translator for each and every question and answer will not only result in undue cost and delay, but it will also needlessly complicate the fact-finding process. The fact that Mr. Furuichi has never previously been deposed is irrelevant. The questions he will be asked will concern his communications with plaintiff – all of which were conducted in English – and other MIC business-related topics, in which he has extensive experience communicating in English.

We thus request that the Court permit Mr. Furuichi's deposition to be conducted in English, and that the presence of an English-Japanese translator be required only for the purpose of assisting Mr. Furuichi "in understanding any questions that present particular difficulty." Goyette v. DCA Advertising Inc., No. 91, Civ. 3518 (KC), 1991 WL 639599 (S.D.N.Y. Sept. 16, 1991).

11/28/07
*Application granted.*
*SO ORDERED:*
Kevin Nathaniel Fox

KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

Christine A. Palmieri

cc: Glenn S. Grindlinger, Esq. (via facsimile / (212) 230-5187)