UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JAMES BONOMO,                                    :

        Plaintiff,                              :

        -against-                               :

MITSUBISHI INTERNATIONAL CORPORATION,:

        Defendant.                              :
------------------------------------------------------------------X

ORDER

07 Civ. 5967 (CM)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the respective parties on March 26, 2008, to resolve discovery disputes that had been brought to the Court's attention via correspondence. As a result of the discussion had during the conference, and the Court's consideration of the parties' respective written submissions concerning their disputes, IT IS HEREBY ORDERED that:

1.    the plaintiff must submit to an examination(s) in accordance with Fed. R. Civ. P. 35;

2.    inasmuch as the plaintiff has placed his mental/emotional condition in controversy in this action, his request that a protective order issue to bar the defendant from examining, orally, his health care providers is denied; and

3.   the defendant shall expeditiously provide to the plaintiff English translations of Japanese language documents previously disclosed to the plaintiff.

Dated: New York, New York  
      March 26, 2008

SO ORDERED:

_____  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE

Copies sent via facsimile to:

Christine A. Palmieri, Esq.  
Glenn S. Grindlinger, Esq.