AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

---------------------------------------------------x
JAMES BONOMO,

        Plaintiff,
    -against-

MITSUBISHI INTERNATIONAL
CORPORATION,

        Defendant.
---------------------------------------------------x

**APPEARANCE**

Case Number: 07 Civ. 5967 (CM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff

I certify that I am admitted to practice in this court.

| 5/15/2008 | *(signature)* Michael E. Grenert |
|---|---|
| Date | Signature |

| Michael E. Grenert | MG2021 |
|---|---|
| Print Name | Bar Number |

Liddle & Robinson, L.L.P., 800 Third Avenue
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 687-8500 | (212) 687-1505 |
|---|---|
| Phone Number | Fax Number |