UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JAMES BONOMO,                                     :

        Plaintiff,                             :

    -against-                                        :        ORDER

MITSUBISHI INT'L CORP.,                        :        07 Civ. 5967 (CM)(KNF)

        Defendant.                           :

------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/20/08

    IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on May 21, 2008, at 1:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6710.

Dated: New York, New York
       May 20, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE