AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

---------------------------------------------------------x
JAMES BONOMO,

               Plaintiff,
     -against-

MITSUBISHI INTERNATIONAL
CORPORATION,

               Defendant.
---------------------------------------------------------x

**APPEARANCE**

Case Number: 07 Civ. 5967 (CM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff

I certify that I am admitted to practice in this court.

| 5/20/2008 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | James Batson | JB 2716 |
| | Print Name | Bar Number |
| | Liddle & Robinson, L.L.P., 800 Third Avenue | |
| | Address | |
| | New York     NY     10022 | |
| | City     State     Zip Code | |
| | (212) 687-8500     (212) 687-1505 | |
| | Phone Number     Fax Number | |