UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JAMES BONOMO,                                    :

               Plaintiff,                     :

       -against-                            :              ORDER

MITSUBISHI INT'L CORP.,                          :              07 Civ. 5967 (CM)(KNF)

           Defendant.                       :

-----------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a telephonic conference will be held in the above-

captioned action on May 27, 2008, at 3:30 p.m.  The telephonic conference shall be initiated by

counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York                    SO ORDERED:
       May 23, 2008

                                          Kevin Nathaniel Fox
                                 KEVIN NATHANIEL FOX
                                 UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/23/08