*McMahon*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :   Index No. 07 Civ. 5967 (CM)
                                              :
JAMES BONOMO,                                 :   **STIPULATION REGARDING**
                                              :   **EXTENSION OF DISCOVERY**
                    Plaintiff,                :   **CUT-OFF AS TO WILLIAM**
                                              :   **STRUYK'S DEPOSITION**
        -against-                             :   **FOLLOWING MAGISTRATE**
                                              :   **JUDGE'S ORDER RE**
MITSUBISHI INTERNATIONAL CORPORATION,         :   **DEPOSITION**
                                              :
                    Defendant.                :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        WHEREAS, the parties promptly began discovery in this case by: (i) serving document

requests and interrogatories; (ii) completing Plaintiff's depositions; and (iii) serving additional

interrogatories, document requests, requests for admissions, and subpoenas in accordance with

the Civil Case Management Plan ordered in this case on September 7, 2007;

        WHEREAS, Defendant deposed Mr. William Struyk on May 1, 2008;

        WHEREAS, Mr. Struyk's attorney directed Mr. Struyk not to answer several questions

on the grounds of spousal and attorney-client privileges;

        WHEREAS, on May 27, 2008 after a conference with the parties, Magistrate Judge Fox

ordered that Mr. Struyk must answer questions he was directed not to answer during his

deposition based upon his assertion of the spousal privilege and the attorney-client privilege;

        WHEREAS, May 28, 2008 was the discovery cut-off date ordered by the Court;

        WHEREAS, the parties and Mr. Struyk have agreed to continue Mr. Struyk's deposition

on June 17, 2008, pursuant to Magistrate Judge Fox's Order;

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

LEGAL_US_E # 79600167.1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6|9|08

parties that good cause exists for the parties to request that the continued deposition Mr. Struyk

be permitted to go forward on June 17, 2008.  No other deadlines are being changed, including

the July 30, 2008 submission date for the joint pre-trial order.

LIDDLE & ROBINSON, L.L.P.

By: _Michal E. Dreat_

Jeffrey Liddle
Christine A. Palmieri
Michael E. Grenert

800 Third Avenue
New York, New York  10022
Telephone:  (212) 687-8500

*Attorney for Plaintiff James Bonomo*

PAUL, HASTINGS, JANOFSKY & WALKER
L.L.P.

By: _Stephen Sonnenberg_

Stephen P. Sonnenberg
Glenn S. Grindlinger
Alison R. Kirshner

75 East 55th Street
New York, NY  10022-3205
(212) 318-6000

*Attorneys for Defendant
Mitsubishi International Corporation*

SO ORDERED: _Colleen McMahon_

Colleen McMahon, U.S.D.J.

Date: _6/4/08_