Discrimination - equal treatment of people. Aware of MC policy
Harassment make people unreasonably unhappy - Sexual Harassment
male/female unhappy - "touch"
Hostile Environment - unreasonably unhappy - too much pressure -
Sexual Orientation - No discrimination men & men
Nat'l origin - No discrimination - as far as capable
work well with others

China -
  Summer 2004 Jim met Yue and Anne in Harbin - discussed
business - Mr Zhang invited Jim to China trying to expand
business - New person hired (Koch) in Germany in January timeframe
Furuichi suggested German come to Tok and then to China
So trip set in April. Jim invited also - Jim invited to Japan
(motivate him - Takahashi not so strong on Jim) Thought China
business would make Takahashi appreciate Jim more. Jim came
Sunday night - Then two days in Tok meetings with customers and
in house - Wed - went to China - Anne meeting and plant tour
Then Chinese dinner eating and drinking (not sure about Bar) over
about midnight. Then Bathhouse (as usual) Jim asked to join
explained what would happen - Jim agreed to go (knows Jim
is into Asian culture - went to his Mgm. apt - saw Asian things)
If Jim wanted to go back no problem. Taxi
Bathhouse very usual so not good memory - Everyone happy no one
unhappy to be there - 1 hour massage - went back to hotel
Next day went to Shanghai - Furuichi went to customer
Mr Yue and Jim went to Ink Jet Mfg (owned by Mr Koen)

PLAINTIFF'S EXHIBIT 62    DEF0008818

Nangin - Went to dinner with another chinese customer.
Jim and Kerm went back to hotel (Furuichi went for massage)
Friday meeting and flunt tour onto to Beijing dinner
Then went. Saturday Jim went sight seeing Great wall etc.

#10 Supervision - No evaluation but could comment on performance
Fuji and Takahashi did not ask - Furuichi wanted them to
appreciate Jim - Discusses general business issues like accounts
rec. (wanted to protect Jim) - He manages business but not people
Commented to Torao san on specifics - making business de trip
No one manages monitored. More instruction for Torao. Than Jim
Targets - German mills involved must manage on world wide) combines
all budgets to management world wide - En MIC involved bottom line
make sure it is a Reasonable - Not sure how bonus target relates to
sales vol. He sets over all not sure how. Furuichi is concern
about proper use of time and schedule for business

#11 Mr Zhang drove car and made plans - accurate

#12 may have gone - not sure, fact or not - every selected by Honre
Side - May have said you will be target - Meaning drinking
"You are target before dinner" meaning drinking - Does not remember
specifically)

#13/14 - Does not remember time - Does not remember Jim saying
Very tired - If insists he would have gone back to hotel
may have said not sexual massage - Both house close to hotel

#15 Not True - Does not remember - Not interested

#16 May have said (not remember) Did not start it Yue san
perhaps - Not prone to talk about this - Jim proud of
being Italian so they know this about him

DEF0008819

On several points above when pressed he did not recall at all and even trying to think in what context if in fact it did have happened #12, 16, 19, 20

#17 Not sure if Zhang there not sure

#18 Yue commented not grabbed - pretty sure he did not touch - Does not like to touch - Yue is more touch.

#19 - Does not remember - Mr Yue may have cell phone. Do not remember - Yue could have taken picture (prone to act like child)

#20 - If taken Mr Yue would have deleted. Mr Furuichi would have insisted

#21 Could have said (not at all)

#22 - No reaction from Jim

#23 (OL) - Not sure how got back

#24 Jim / Furuichi went to FLA - Several time

#25 - Comment - lost passion to create new business. Lack of management or ree. Comment to Tok BO manager may be Tokai -

As Sales - Jim is 4 (1-5) 4 or 5 years did very good job

2003 - 2004 OL level

2004 Last 3 years Eastern Ribbon (Jim-Rice violate internal credit rule End 2005 perf. deteriorated)

   1- Moved to LI - solo Apt - no monetary motivation
   2- Limited promotion-opportunity - Not well thought of kan Takahashi - (ignored him)
   3- Today tighter control on credit, travelling (related perf.) Thinks MC paper group in tightening
   4- NY pushed to create new accounts)

DEF0008820

[What happened on Trip]

Assess his credibility - Recollection - disparities
- Complaint Allegations paragraph 10 → 25
- Where did he have authority and where not
- Evaluation process
- Determination of the bonus - bonus amounts 2004-2005
- Formula
- What power did he have over Jim

EEO-1
What is your understanding of the legal understanding of Sexual Harassment.
National Origin
Sexual Orientation
Retaliation - understanding of prohibition against it.
Is he aware of our policies