# EXHIBIT A

# ORIGINAL

1

```
 1
 2  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 3  ------------------------------------x
    JAMES BONOMO,
 4
                    Plaintiff,
 5                                          Case No.
         -against-                          07 CV 5967
 6
    MITSUBISHI INTERNATIONAL
 7  CORPORATION,

 8                  Defendant.
    ------------------------------------x
 9
10                  November 9, 2007
                    9:42 a.m.
11
12         Videotaped Deposition of JAMES BONOMO,
13  taken by the Defendant, pursuant to notice, at
14  the offices of Paul Hastings Janofsky & Walker
15  LLP, 75 East 55th Street, New York, New York,
16  before Douglas Winter, a Shorthand Reporter
17  and Notary Public.
18
19
20
21
22
23
24
25
```

```
 1
 2  A p p e a r a n c e s:
 3       LIDDLE & ROBINSON, LLP
         Attorneys for Plaintiff
 4           800 Third Avenue
             New York, New York 10022
 5
         BY:  JEFFREY L. LIDDLE, ESQ.
 6            CHRISTINE A. PALMIERI, ESQ.
 7
 8       PAUL HASTINGS JANOFSKY & WALKER LLP
         Attorneys for Defendant
 9           75 East 55th Street
             New York, New York 10022
10
         BY:  STEPHEN SONNENBERG, ESQ.
11            ALISON R. KIRSHNER, ESQ.
                         (a.m. session)
12
13  Also Present:
14       JAMES CHRISTE, Videographer,
                         Winter Reporting, Inc.
15
         DIANE KNOX, Mitsubishi Corporation
16
17
18
19
20
21
22
23
24
25
```

46

|  |  |  |
|---|---|---|
|  | 1 | (Bonomo - 11/9/07) |
| 10:35:58 | 2 | BY MR. SONNENBERG: |
| 10:36:53 | 3 | Q.   Have you had a chance to review |
| 10:36:55 | 4 | this document? |
| 10:36:56 | 5 | A.   Yes. |
| 10:36:56 | 6 | Q.   This is the handbook that you |
| 10:36:58 | 7 | acknowledged receiving on October 18, 2001, |
| 10:37:01 | 8 | correct? |
| 10:37:02 | 9 | A.   Yes. |
| 10:37:03 | 10 | Q.   You understood that this handbook |
| 10:37:05 | 11 | applied to your employment at MIC, right? |
| 10:37:08 | 12 | A.   Yes. |
| 10:37:08 | 13 | Q.   Did you read the handbook after |
| 10:37:10 | 14 | you received it? |
| 10:37:11 | 15 | A.   Yes. |
| 10:37:11 | 16 | Q.   I'd like you to turn, please, to |
| 10:37:13 | 17 | Page 19, and I'd like to focus in particular on |
| 10:37:27 | 18 | the section entitled "Employee Harassment, |
| 10:37:30 | 19 | Intimidation." |
| 10:37:31 | 20 | You read this section after you |
| 10:37:33 | 21 | received the handbook, correct? |
| 10:37:35 | 22 | A.   Yes. |
| 10:37:36 | 23 | Q.   You understood while you were |
| 10:37:37 | 24 | employed at MIC, that company policy prohibited |
| 10:37:41 | 25 | harassment of an employee, correct? |

WINTER REPORTING, INC.   212.953.1414

47

|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  |            (Bonomo - 11/9/07)                |
| 10:37:44 | 2  |    A.   Yes.                                 |
| 10:37:44 | 3  |    Q.   You also understood while you        |
| 10:37:46 | 4  | worked at MIC, that company policy prohibited |
| 10:37:49 | 5  | discrimination against an employee based on  |
| 10:37:51 | 6  | their ethnic origin or other reasons, correct? |
| 10:37:54 | 7  |    A.   Yes.                                 |
| 10:37:56 | 8  |    Q.   You also understood that if you      |
| 10:37:57 | 9  | felt you were subjected to harassment or     |
| 10:38:00 | 10 | discrimination, you could contact your       |
| 10:38:02 | 11 | supervisor, manager or the Personnel Department |
| 10:38:05 | 12 | to complain, correct?                        |
| 10:38:06 | 13 |    A.   Yes.                                 |
| 10:38:07 | 14 |    Q.   You were aware in 2005 that MIC      |
| 10:38:10 | 15 | had a 24 hour compliance hotline through which |
| 10:38:15 | 16 | you could report violations of company policy, |
| 10:38:18 | 17 | correct?                                     |
| 10:38:18 | 18 |    A.   Yes.                                 |
| 10:38:19 | 19 |    Q.   You were aware in 2005 that MIC      |
| 10:38:22 | 20 | had a web site on the Internet to which you  |
| 10:38:26 | 21 | could report violations of company policy,   |
| 10:38:28 | 22 | correct?                                     |
| 10:38:30 | 23 |    A.   Um, yes.                             |
| 10:38:31 | 24 |    Q.   You were aware in 2006 and 2007 of   |
| 10:38:35 | 25 | the hotline and the web site, correct -- I am |

```
                                                              258
```

1

2                      C E R T I F I C A T E

3

4              I, DOUGLAS WINTER, a Shorthand

5       Reporter and Notary Public, do hereby

6       certify:

7              I reported the proceedings in the

8       within-entitled matter, and that the

9       within transcript is a true record of

10      such proceedings.

11             I further certify that I am not

12      related, by blood or marriage, to any of

13      the parties in this matter and that I am

14      in no way interested in the outcome of

15      this matter.

16             IN WITNESS WHEREOF, I have

17      hereunto set my hand this __28__ day

18      of __November__, 2007.

19

20

21                          _____
                                 DOUGLAS WINTER
22

23

24

25