# EXHIBIT C

# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500
FACSIMILE: (212) 687-1505
www.liddlerobinson.com
E-MAIL: cpalmieri@liddlerobinson.com

MIRIAM M. ROBINSON (RETIRED)

JAMES A. BATSON
BLAINE H. BORTNICK
ETHAN A. BRECHER
DAVID I. GREENBERGER
MICHAEL E. GRENERT
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
MARC A. SUSSWEIN

JEFFREY ZIMMERMAN
STEPHEN J. STEINLIGHT
ANDREA M. PAPARELLA
REBECCA A. SAENGER
LISA D. SIDMAN
GINA N. WEINBERG
DAVID H. FELDSTEIN
AMY L. STUTIUS*

*AWAITING ADMISSION TO THE BAR

May 24, 2007

<u>VIA FACSIMILE & MAIL / (212) 969-2900</u>

Frederic C. Leffler, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036

Re:   <u>James Bonomo v. Mitsubishi International Corporation</u>

Dear Fred:

We write in response to your letter of earlier this evening.

MIC's investigation cannot be conducted in "the usual manner" because this is not a usual set of circumstances. Given that settlement discussions appear to be going nowhere, Mr. Bonomo will be filing a Complaint against MIC as early as June 13.

Your firm is not conducting a "fact-finding" investigation. Instead, it is operating in a defensive litigation posture, and therefore should not be in the position of dictating conditions of the interview.

Moreover, the timetable proposed for this interview was difficult for us in the first place, since Jeff is summing up in a case on Tuesday, and he and I (as well as several other attorneys) will be summing up in another case the following week.

If this interview is to take place, it must do so under conditions that both sides are comfortable with. There will thus be no interview tomorrow morning. Should

LIDDLE & ROBINSON, L.L.P.

Frederic C. Leffler, Esq.          -2-          May 24, 2007

MIC choose to terminate Mr. Bonomo's employment for failing to participate — which he will not do without counsel present — we will additionally sue MIC for retaliation.

Very truly yours,

Christine A. Palmieri