# EXHIBIT D

DRAFT
PRIVILEGED AND CONFIDENTIAL

Bonomo Investigation                                                                April 23, 2007

Furuichi-san joined MC in 1986 – Has always worked in the paper business – Came to the US in 1993; stayed until July 1999. During this time was Sales Manager for paper as part of the Paper and Pulp Department. He participated in hiring Jim in 1999 and was one of the decision-makers in bringing Jim into the Company. He actually knew Jim in the industry before Jim joined MIC, but did not solicit him, specifically, for our job.

Upon Furuichi-san's return to Tokyo, he retained his responsibility for the paper business and is currently responsible for worldwide paper sales. Mr. Furuichi continued to have sales and marketing responsibility for MIC in his capacity of worldwide responsibility but did not directly manage MIC staff (although he gave them business direction). He was asked his opinion on performance but did not complete appraisals and did not set salary increases or bonus amounts. He did provide MIC (Torao-san) with net profit or sales volume targets for MIC which would have been incorporated into incentive targets for the group – specific targets for employees would have been set by the SVP for LEG. Furuichi-san claims that the personal relationship between Jim and him were excellent up until August, 2004. At that time, some issues came up including credit control and claims control. Due to questioning and follow-up by Furuichi-san, the relationship became strained but not bad. To that point, no one was managing Jim's activities at all (There was no department manager and the SVP, as acting Department Manager, was somewhat removed and provided direction thru Torao-san). Jim apparently did not like the closer look at what he was doing.

In April 2005, Furuichi-san, Mr. Korn (MC Germany) and Jim met for a meeting in Japan. (Mr. Korn is Jim's counterpart for Europe.) Following that Tokyo trip, Furuichi-san and Jim went to China to visit suppliers/customers. The first was Mr. Zhang of Anne, who met with Jim, Mr. Furuichi and Mr. Yue Zhibo (MC China). After the meeting, Mr. Zhang was asked the group to dinner. Furuichi-san does not recall if they went to a karaoke bar afterwards or not, but remembers going for the massage. Dinner entailed a fair amount of drinking on Furiuchi-san's part (custom in China), but Jim did not drink much (mostly a white wine drinker). Mr. Furuichi remembers no objections on Jim's part to going to the massage....."he seemed happy to go". (We need to check) Restaurant and nightclub (if they went) were probably withing walking distance from the hotel. Furuichi-san said that, if Jim did not want to go, he would have said so – Jim does not do what he doesn't want to do.

At the massage house, Zhibo, Jim and Furuichi got undressed in the locker room, took a shower, got in a bath and then proceded to separate rooms for the massage. The massage lasted about an hour. Furuichi-san remembers nothing unusual about the locker room, etc., off-hand comments or pictures. He seems to recall that he or Zhibo may have touched Jim's bicep and commented (apparently Jim exercises a lot and is in good shape). Afterwards, they went back to the hotel. Jim acted fine; seemed to enjoy the night out. The next day, Jim and Furuichi continued on to the next stop (a four-hour flight, together) and there was no apparent strain on Jim's part then or for the rest of the China trip.

Furuichi-san thinks his relationship with Jim is good (but not as good as before August, 2004), but says he has had to become more involved to directing Jim's activities (which Jim resists). Jim does not want to develop new business, preferring to maintain relations with existing customers. Furuichi-san is pushing to expand the business. He believes Jim was not happy to hear he was returning because it would mean closer management and more questions about activities, whereas now, Jim more or less operates as he wants (questions business trip needs, schedules, etc.).

Jim has also complained to Furuichi-san about his position and compensation in the past, which Furuichi-san does not control. According to Furuichi-san, he and Mr. (Yamada?) are supporters of Jim – other people question his effectiveness and dedication (Mr. Takahashi, Torao-san, Ted Rice, 2 more junior MC Expats and, apparently, some in Tokyo).

Finally, we asked Furuichi-san a number of questions about Jim's personal life and how familiar Furuichi is with it. He had been to Jim's apartment in NY (before Jim moved) and has had general conversations about women, etc. Jim never told Furuichi-san he was gay, although others in the department have speculated, but Furuichi-san does not believe that is true.

DEF0008788