# EXHIBIT E

PRIVILEGED AND CONFIDENTIAL

DRAFT

Notes from interview held with Koji Torao on May 7, 2007 re: Jim Bonomo

Mr. Torao joined MC April 1, 1992. He was in General Merchandise in the packaging Unit. Just prior to coming to MIC in September of 2003 he was assigned for 3 months to the planning section of GMD where he worked for Mr. Furuichi just prior to his assignment. At MIC he was named Deputy Department Manager of General Merchandise where he was responsible for packaging, SEA GMD. Jim Bonomo was responsible for the paper side. Torao believes he and Jim were both Deputy General Managers (in HR we did not have that for Jim but within the group they may have been equals). The employees in the GMD Department are matrixed and work for both Jim and Torao san but Ted, Rob (now gone) Darren (Rob's replacement) and 2 support staff took more direction from Jim and more or less reported to him. Mr. Takahshi and Mr. Saito (now) the SVPs of LEG acted as the Department Manager for GMD. Torao san often had the role of "suggesting " to Jim that he do certain things or conform to certain policies. Although Torao san had this role he describes his relationship with Jim as good even though he sometimes had to speak with him "frankly" about some issues. Most recently they have much less contact as the seating was rearranged to make room for Furuichi san's arrival and Torao san is now a distance away from Jim.

Mr. Torao was aware of the trip Jim took to Tokyo where he was joined by Furuichi san and the sales manager from Germany. He also knew that they went on to see a couple of suppliers in China (Fantec ? and Anne). He does not know any details of the trip and heard nothing from anyone about the "entertainment" aspects of the trip. He did not see any change in behavior or attitudes on a part of anyone after the trip. When asked about travel where Mr. Furuichi was joined by Jim he said they continued to do so but was vague on frequency but did cite a couple of trips to Germany. (Torao san did not seem to think traveling together or meeting at a location was out of the ordinary). During this conversation Torao san said that he knew Mr. Yue who evidently has worked for MC in China awhile. Interestingly he said that Mr. Yue's English is quite good better than his own.

Mr. Torao said that he competed the PEP performance evaluations for Jim and met with him on those evaluations but did not discuss salary or bonus payments. Jim met directly with the SVP on those. Torao san was asked to recommend salary increases for the staff in GMD based on his performance assessment and budget but the SVP made the decision. Torao san is aware that Jim was looking for greater increases than those he received and also thinks that Jim was, at least initially, not pleased that Torao was assigned here. Although equal, Torao san believes Jim thought he should have been made Department Manager and his assignment somehow interfered with that. Jim also thought he was head of paper sales in the US which was not accurate.

In discussing the bonus, Torao san said that he and Jim and Ted Rice submitted a budget including sales targets. This was used as a basis to set incentive targets. In 2005 (a year in which the bonus for both Jim and Ted dropped a lot from prior years) MC actually requested that the target they set be lowered. Mr. Sakurai, then MIC 's President agreed. Despite that the performance was below mainly because of the loss of a key account. Torao san essentially has not seen much change in Jim's attitude or behaviors (except very recently). Jim does his job and is good at maintaining relationships with existing customers but not so good at developing new business (Darren the new junior person is better at that - willing to work hard which Jim does not do so much. After selling his Manhattan apartment and moving to LI Jim puts in less time at the office – in a bit late out around 5.

When asked about the relationship between Furuichi san and Jim, Torao san thinks it is good even though Furuichi san has had occasion to complain about his attitude and performance. Torao san first met Jim when he was introduced to him by Mr. Furuichi shortly before Torao san came to MIC. He said Furuichi san told him Jim is a very capable sales person. Mr. Torao said Furuichi san still thinks Jim does his sales job well (with existing customers) and is concerned that his assignment to MIC as DM will demotivate Jim and wants to avoid that.

Torao san told Jim about Furuichi's assignment around March 7. Jim had no reaction, however, when Furuichi san visited MIC on March 11 and 12 Jim was sick and out of the office both days.

Torao san does not seem to have a personal relationship with Jim and while they may go to an occasional lunch or dinner do not appear to discuss non-work related topics. While asked questions where Mr. Torao could have commented on Jim's sexual orientation he did not.

DEF0008783