# EXHIBIT F

4-1

MC 1992 Paper Board cardboard
2003 started working for Furuichi
MIC - 9 - 2003. Furuichi san direct boss in MC in June
Speciality Paper
AT MIC - D.O.P. (Same as Jim) Packaging, SEA ADMIN. Paper
Jim. Rob. Ted Paper side Co. Ripr with Jim. Saito/Takahashi
SVP are Department heads - Suggest to Jim a Friend
- Relationship - Frankly spoke Historically good - Today not so much
contact - Recently not so much as Jim do out. Seat changed
for Furuichi - So Torao not so near Jim
- Takashi asked "T" to go over PEP. Jim may have also talked
to Takashi - Suggested increases for everyone - salary increase discussions
with SVP (2007 asked for increase to Rob ask himself).
Bonus - Paper Side special bonus Jim has 10% on budget excess
others 5% - Budget discussed set with Department manager and SVP.
Jim and Ted made target - 2005 not a good year - Lost customer
budget actually revised by Mr Sakurai at Request of MC.
- Work behaviors - Perhaps worse - After sold Apt. in NYC working
time got less. Maintains current customers well. Not so
strong in developing. Darren much better than Jim in New customers
- TRP - Jim - Comments about Chung - favorable on fantek.
Knows Yeh - Did not hear about personal side of TRP
- Relationship Jim - Furuichi San (T meet Jim when in
Planning Office) introduced as Jim good guy very capable
good Sales person. Sometimes Furuichi san complains about
Jim's Business attitude - sometimes performance.
- Furuichi - Explained to Department 7-8 - Discussed with
Tokyo how to explain to Jim - Jim thinks he is head of
paper sales

PLAINTIFF'S EXHIBIT 36

DEF0008924

917-455-0058 Jorge
Cell

- MIC GMD expanded to sell more paper - Jim did not have any negative comments - Furuchi sam came March 11 and 12 and Jim took sick days
- Don't want to demotivate Jim with his arrival - But did plan on closer management
- No Personal Relationship

DEF0008925