# EXHIBIT G

Priviledged and Confidential

DRAFT

Interview with Mr. Yue of MC China May 16, 2007

The conversation involved Mr. Yue, Mr. Aihara MC China Legal, an interpreter Ms R. Jeng, Mr. Leffler of Proskauer and Ms Knox MIC Legal and Mr. Lovell SVP HR Director for MIC. Mr. Lovell conducted the investigation.

At the start Lovell thanked Mr. Yue for his participation and explained how important the investigation was to satisfying MC's code of conduct as well as MIC's internal policies. Mr. Yue was encouraged to provide even seemingly unimportant details as they may help clarify the events of that night. Mr. Yue expressed some concern about the investigation and wanted to know what it was all about. It was explained by Mr. Lovell that the alleged events actually are the starting point for what seems to be a larger allegation of discrimination that has occurred since the events in China. Mr. Yue was told the specific questions to follow will make the nature of Bononmo's allegations clear to him.

Mr. Yue has been with MC China for 14 years and in the paper sales business. He works with Mr. Furuichi in his capacity of world wide responsibility for paper products for MC. Typically Furuichi san visits China about 6 or 7 times a year. Mr. Yue mentioned he has met Jim Bonomo a couple of times (once in Germany and on this China Trip). He describes their relationship as business associates i.e. purely professional. It was unclear how much e-mail contact they may have on business matters but it appears to be not too much.

When asked about the specifics of the entertainment that occurred after the business meeting at Anne Mr. Yue was unclear on particulars. He said that the night out was arranged by the Chinese Host from Anne, as would be tradition. The bathhouse at the end of the night out is fairly usual in China. He does not recall any specific conversations between the parties prior to going out and does not remember Jim being reluctant to go out or having any reservations about going to the bathhouse. The 4 people - Jim, Yue, Furuichi and Mr. Chang took a car (arranged by Mr. Chang) to the restaurant. Mr. Yue does not remember which restaurant. Evidently he entertains frequently and did not recall this night as particularly eventful. He thinks they were there about an hour and one half. Asked about drinking at the restaurant he said there was some but did not describe it as heavy. He does not remember going to a Karaoke bar but says it is possible. After the restaurant and perhaps bar the 4 went to the bathhouse. Again he remembers nothing of import or unusual in conversation in the car on the way to the bathhouse. At the bath house they undressed in a common locker area, took a shower and went to separate rooms for the massage. Mr. Yue remembers nothing unusual. When asked specifically about any comments about Jim's physical condition he said Furuichi san commented that Jim is in good shape but Mr. Yue remembers no touching. When asked specifically about

comments about Jim's penis he denies any comments from anyone. Mr. Lovell asked if Yue knows Jim's nationality – he said American then asked about Heritage and he said Italian. I asked how he knew that and he said Furuichi san told him that when they were on a trip to Germany he learned Jim speaks Italian and German. Mr. Yue was surprised an American spoke 2 other languages. The Italian background came up in that context. When asked about cell phones he said he and Furucihi san had camera equipped phones. Asked about making any calls while in the locker - he said no. Asked about taking or pretending to take Jim's picture at any time in the bathhouse - he said no.

After the massage they took a taxi (Jim, Yue, Furuichi) back to the hotel. Mr. Chang had left earlier in the car. Mr. Yue did not recall any unusual conversation in the car relative to Jim's anatomy etc. Jim did not express any concerns (that Mr. Yue remembers) about his bathhouse experience.

Since Jim's trip to China Mr. Yue's contact with him has been limited, as it appears to have been before the trip.

DEF0008786