# EXHIBIT H

Privileged and Confidential
DRAFT

May 18, 2007

Notes from an interview with Mr. Takahashi former SVP of MIC LEG. Interview conducted by phone by R.Lovell 5-18. In attendance Mr. Leffler of Proskauer, Mr. Inada, MIC Legal and Diane Knox MIC Legal.

Mr. Takahashi joined MC in 1973. Much of his career has been in Foods although on 3 assignments to Australia he was the office GM where he managed all business departments. He came to MIC in 2004 as SVP and Group Head for LEG. When he was assigned he was unfamiliar with the national staff employees in GMD. He wanted to make Mr. Torao the Department Manager but was unable to do so. On paper he believes Mr. Torao and Jim Bonomo were at a similar level but Mr. Takahashi used Torao san as his day-to-day manager. As such Mr. Torao was responsible for evaluating the staff (writing the PEP), which Mr. Takashi would review and approve. Torao san would also recommend salary increases for Mr. takahashi's consideration. Mr. Takahashi said that Furuichi san had no input on evaluations or monetary considerations and no authority to control MIC staff.

Mr. Takahashi had discussions about the bonus formula with Jim. There were two ways to calculate the bonus – using the overall GMD result or an individual result. Jim wanted to use an individual result and Takahashi agreed (included Ted Rice also). The gross profit (less interest and bad debt) was planned by Mr. Torao and Jim and presented to Mr. Takahashi for review and approval. Mr. Takahashi accepted their figures and was concerned with the reasonableness of the number – not to high not too low. He wanted a number that was achievable. This way of setting the incentive target is different than for others in LEG but it is what Jim wanted.

When asked about any discussions with Jim about his salary or promotion possibilities, Takahashi said he had none. Mr. Takahashi felt that Jim's performance over the time he was SVP was constant - did not get better or worse. He thinks Jim is a good sales person. He does not think Jim would be a good manager. He spoke specifically of his relationship with Robert (who resigned from MIC) and felt a manager would have been better in dealing with that situation. He also commented about Jim's relationship with staff in general.

Mr. Takahashi was not aware of the trip to China specifically but mentioned that Jim did go to Germany often