# EXHIBIT J

Discrimination - equal Treatment of people  Aware of MC policy
Harassment make people unreasonably unhappy - Sexual Harassment
male/female unhappy -"touch"
Hostile Environment - unreasonably unhappy - too much pressure -
Sexual Orientation - no discrimination even to gays
Nationality/law - no discrimination - as far as capable
work well with others


China -
    Summer 2004 Jim met Yue and Anne in London - discussed
business - Mr Zhang invited Jim to China trying to expand
business - New person hired (Koeny) in Germany in January time became
Furuichi suggested German come to Tok and then to China
So trip set in April Jim invited also - Jim invited to Japan
(motivate him - Takahashi not so strong on Jim) Thought China
business would make Takahashi appreciate Jim more - Jim came
Sunday night - Then two days in Tok meeting c customers and
in house - Wed - went to China - Anwar meeting and plant tour
Then chinese dinner eating and drinking (not sure about Bar) over
about midnight. Then Bathhouse (as usual) Jim asked to join
explained what would happen - Jim agreed to go (knows Jim
is into Asia culture - went to his Manh. apt. saw asian things)
If Jim wanted to go back no problem. Taxi
Bathhouse very usual so not good memory - Everyone happy no one
unhappy to be there - 1 hour massage - went back to hotel
Next day went to Shanghai - Furuichi went to customer
Mr Yue and Jim went to ink jet Mfg (joined by Mr Karen)



DEF0008818

Nangin - went to dinner with another chinese customer
Jim and Kan went back to hotel (Furuichi went for massage)
Friday meeting and plant tour onto to Beijing dinner
Then went. Saturday Jim went sight seeing Great wall etc.

#10 Supervisor - no evaluation but could comment on performance
Fuji and Takahashi did not ask - Furuichi wanted them to
appreciate Jim + Discusses general business issues like accounts
rec. (wanted to protect Jim) - He manages business but not people
Commented to Torao san on specifics - making business che trip
No one manages mentioned. More instruction for Torao. Than Jim.
Targets - German Mills involved must manage on world wide) contributes
all budgets to management world wide - Ex MIC involved bottom line
make sure it is a reasonable - Not sure how bonus target relates to
sales vol. He sets overall not sure how Furuichi is concern
about proper use of time and schedule for business.
#11 Mr Zhang drove car and made plans - accurate
#12 may have gone - Not sure if met or not - every selected by hime
side - May have said you will be target - Meaning drinking
"You are target before dinner" meaning drinking - Does not remember
specifically)
#13/14 - Does not remember time - Does not remember Jim staying
very tired - If insists he would have gone back to hotel
may have said not sexual massage - Both house close to hotel
#15 Not True - Does not remember - not interested
#16 may have said (not remember) Did not start it. Yue san
perhaps - Not prone to talk about this - Jim proud of
being Italian so they know this about him

DEF0008819

[Margin note, written vertically:] On several points above when pressed he did not recall at all and was trying to think to what extent something may have happened if in fact it did #12, 15, 19, 20

#17 Not sure if Zheng there NOT SURE
#18 Yue commented not grabbed - pretty sure he did not touch - Does not like to touch - Yue is more touch.
#19 - Does not remember - Mr Yue may have cell phone. Do not remember - Yue could have taken pictures (prone to act like child)
#20 - If taken Mr Yue would have deleted. Mr Furuichi would have insisted
#21  Could have said (NOT at all)
#22 - No reaction from Jim
#23 (OL) - Not sure how got back
#24 Jim/Furuichi went to FLA - Several times
#25 - Comments - lost passion to create new business. Lack of management on rec. Comment to Toko BO manager may be Tokai.

As Sales - Jim is 4 (1-5)  4 or 5 years did very good

2003 - 2004 OL level
2004 Last 3 years Eastern Ribbon (Jim-Rice violate internal credit Rule End 2005 perf. deteriorated)
   1- Moved to LI - sold Apt  no monetary motivation
   2- Limited promotion opportunity - not well thought of Mr Takahashi - (ignored him)
   3- Today tighter control on credit, travelling (related perf.) Thanks MC paper group in tightening
   4- NY pushed to create new accounts)

<u>What happened: a Trip !</u>

Assess his credibility - Recollection - disparities
- Complaint Allegations paragraph 10 → 26
  Where did he have authority and where not
- Evaluation process
- Determination of the bonus - bonus amounts 2004-2005
- Formula
- What power did he have over Jim:

EEO-1
What is your understanding of the legal understanding of Sexual Harassment.
National Origins.
Sexual Orientation
Retaliation - understanding of prohibition against it.
Is he aware of our policies