# EXHIBIT M

COPY

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  - - - - - - - - - - - - - - - - - - - - - - - - - - X

5  JAMES BONOMO,                          )

6                                         )  NO.

7            Plaintiff,                   )  07 CV 5967

8        -vs-                             )

9  MITSUBISHI INTERNATIONAL              )

10 CORPORATION,                           )

11                                        )

12           Defendants.                  )

13 - - - - - - - - - - - - - - - - - - - - - - - - - - X

14                 May 13, 2008

15                 9:30 a.m.

16

17         Deposition of RICHARD LOVELL,

18 held at the offices of Liddle &

19 Robinson, LLP, 800 Third Avenue, New

20 York, New York, pursuant to Notice and

21 Agreement, before Hope Menaker, a

22 Shorthand Reporter and Notary Public of

23 the State of New York.

24

25

2

1

2   A P P E A R A N C E S

3

4   LIDDLE & ROBINSON, LLP

5   Attorneys for the Plaintiff

6        800 Third Avenue

7        New York, New York 10022

8   BY:   JEFFREY L. LIDDLE, ESQ.

9        AMI STUTIUS, ESQ.

10

11   PAUL HASTINGS JANOFSKY & WALKER, LLP

12   Attorneys for the Defendant

13        75 East 55th Street

14        New York, New York 10022-3205

15   BY:   STEPHEN SONNENBERG, ESQ.

16

17

18   ALSO PRESENT:

19        James Bonomo

20        Diane Knox, Mitsubishi

21   International Corporation

22        Justin Ben-Asher

23

24

25

48

```
 1              - RICHARD LOVELL -
 2   looked at?
 3        A.    Looks to be, yes.
 4        Q.    Then after that investigation
 5   on the Bonomo complaint, the
 6   typewritten document, whose hand -- who
 7   prepared that?  Do you know?
 8        A.    That's mine.
 9        Q.    Okay.  So you say, "Attached
10   are the handwritten and typed
11   questions."
12              That's those two documents,
13   correct?  That's what you had referred
14   to as an attachment?
15        A.    Yes.
16        Q.    Now, did you take any notes
17   at all of that first meeting with
18   Mr. Furuichi?
19        A.    Yes.
20        Q.    What did you do with those?
21        A.    I didn't keep the handwritten
22   notes that I had.  I had put it into
23   the typewritten and, to me, the
24   typewritten was the working document.
25        Q.    Did you make any changes at
```

49

- RICHARD LOVELL -

1

2  all between what you handwrote and what

3  you typed?

4      A.    What I handwrote was

5  basically words that I jotted down.

6  They weren't -- there were full

7  sentences here and there but not much.

8      Q.    So the process that you used

9  was to take your notes and -- after the

10  meeting was to write it up and try to

11  put it into -- more into full

12  sentences?

13      A.    Actually, make a more

14  complete report, right.

15      Q.    Did you do anything other

16  than utilize the one word or two words,

17  the notes that you had taken, to

18  refresh your recollection when you were

19  typing it up?

20      A.    No, I didn't need to. I did

21  it soon after the interview.  Like I

22  said, it was either going to be that

23  night or the next morning.

24      Q.    Take a look at Mr. Leffler's

25  notes, several pages, and Bates number

112

- RICHARD LOVELL -

premarked for identification.)

Q.     Exhibit 47, again, I believe
to be Mr. Leffler's handwritten notes?

A.     Uh-huh.

Q.     Have you ever seen those
before?

A.     No.  I have not seen any of
notes that you're showing me that he
wrote.

Q.     His notes did not go into an
investigatory file?

A.     No.

Q.     Did you keep an investigatory
file?

A.     Yes.

Q.     What was contained in your
investigatory file?

A.     My questions, my typewritten
notes, and my final reports.

Q.     Now, you were sending a
letter, a note, to Mr. Bonomo, telling
him to preserve documents?

A.     Yes.

Q.     And you were destroying your

113

- RICHARD LOVELL -

1  handwritten notes?

2      A.    I didn't consider those as

3  documents.

4      Q.    Well, what did you think they

5  were?

6      A.    Basically, scribble.  What I

7  thought was the end product, was the

8  thing that I labeled "Draft Notes."

9      Q.    Well, when you say "end

10 product," is it your understanding that

11 the only documents you're supposed to

12 retain are end products?

13     A.    Well, from my investigation,

14 I was keeping the notes, not

15 handwritten, the typed notes, the typed

16 questions, the final reports.

17     Q.    But you also have drafts that

18 were typewritten, right?

19     A.    You've got them.

20     Q.    And so the only thing that

21 you didn't keep was any handwritten

22 drafts that is the actual contemporaneous

23 notes that you took during these

24 interviews?

114

```
1              - RICHARD LOVELL -
2      A.      Until the final -- until the
3  final interview with Furuichi San, I
4  talked to Diane, and Diane asked if I
5  had any handwritten notes.  I told her
6  that I didn't retain them.
7              She said, You should have.
8              The typewritten ones really
9  represent the handwritten.
10             And she said, No.  You should
11 have kept it even though they were just
12 scribbled words on a thing.
13             So I said okay.
14     Q.      So it was sometime in May of
15 2007 or June of 2007 when you learned
16 for the first time that those were
17 documents that should have been kept?
18     A.      It was probably early June.
19     Q.      Well, you know that this
20 document "Your Guide to MIC" talks
21 about record retention, right?
22     A.      That's correct.
23     Q.      Does it say, can you throw
24 away your handwritten notes if you type
25 them up?
```

117

1          - RICHARD LOVELL -

2  the filing system in the human

3  resources department?

4      A.    Within HR, but legal is the

5  one that promulgates the record

6  retention.

7      Q.    For you?

8      A.    Yeah, yes.

9      Q.    So if these handwritten notes

10 of Mr. Leffler's had been given to you,

11 would you have destroyed them?

12     A.    I wouldn't have needed them.

13     Q.    So you would have destroyed

14 them?

15     A.    If they were given to me?

16     Q.    Yes.

17     A.    Yes.  I would have asked him

18 why he gave them to me; I don't need

19 them.  The reason I circulated the

20 draft copies of the interviews to Fred

21 was so that Fred could decide -- or

22 take a look at it and see whether

23 there's anything omitted or misstated.

24         He never had any comments

25 back on any of the interviews, so from

VERITEXT REPORTING COMPANY
www.veritext.com
(212) 279-9424          (212) 490-3430

118

- RICHARD LOVELL -

1

2 my perspective, I got everything right.

3      Q.    If you take a look at the

4 Exhibit 48 that's in front of you --

5      A.    Uh-huh.

6      Q.    -- do you know who Yasuchi

7 Suzaki is?

8      A.    No.

9      Q.    It says here that -- it has

10 on top, "Yue, Ihara, Leffler, Lovell,

11 Knox, translator," and then a circle

12 around the name "Yasuchi Suzaki."

13      A.    I think the translator's name

14 was Jin.

15      Q.    The translator's name is on

16 here; it says "Raj Jin."

17      A.    Right.

18      Q.    Right.  Okay.  That's --

19 Yasushi Suzaki's name is on here too.

20           Do you know who that is?

21      A.    No idea.

22      Q.    "RL" would be your initials,

23 right?

24      A.    Yes.

25      Q.    And the person who is writing

— RICHARD LOVELL —

1
2    notes?
3       A.    I -- yeah, I reviewed the
4    things that I had written.  And I also
5    reviewed the handwritten notes that
6    were retained on the second interview
7    with Furuichi San.
8       Q.    So it would have been around
9    this time, that is mid-May, that you
10   had your conversation with Ms. Knox
11   about retaining the handwritten notes?
12      A.    I have a feeling it was
13   pushing closer to the end of May.
14      Q.    Just -- did you review the
15   your notes on this Takahashi interview?
16      A.    The report that I wrote or
17   the what I would call the draft of the
18   interview, yes.
19      Q.    Yes.  On that you indicate
20   that Mr. Inada was there.
21      A.    Okay.
22      Q.    So would that then be
23   accurate, that Mr. Inada was there?  Do
24   you remember or not remember?
25      A.    I don't, because it's -- here

147

- RICHARD LOVELL -

1

2    it's accurate, but I don't remember him

3    being there.

4        Q.    Whenever you have that kind

5    of a situation in this deposition, that

6    is, where you remember something

7    because you see it and all, you have to

8    differentiate for me between relying on

9    the notes and relying on your memory

10   actually being refreshed.

11       A.    Okay.

12       Q.    You understand that

13   distinction that you just made for us?

14       A.    Sure.

15       Q.    Have there been any other

16   situations where you've testified based

17   upon a document because you relied upon

18   the document being accurate, but that

19   you didn't really have your own

20   recollection?

21       A.    No, I don't think so.

22       MR. LIDDLE:  We'll go until

23   1:00 and then break for lunch.

24       MR. SONNENBERG:  Sure.

25       Q.    I want to hand you what we've

1          - RICHARD LOVELL -

2   you finish?

3          A.    25.   I think it was 25,

4   right?

5          Q.    I don't know.   Only you can

6   tell us where you finished.

7          A.    Well, 25 and 26.

8          Q.    Did you give him 27?

9          A.    I had asked him that before,

10  and I think I gave him 27, also, but I

11  don't recall hitting 27 again.

12         Q.    You didn't give him any of

13  the sections on the various claims?

14         A.    No.

15         Q.    Why was that?

16         A.    I was interested in what his

17  answers were on the factual allegations.

18         Q.    And since you'd already had

19  an interview with him, were there any

20  of these actual allegations that had

21  not been covered?

22         A.    Not as pointed.   What I did

23  in the second interview is I asked him

24  to do two things:   I asked him to --

25  with limited questions, I asked him to

181

```
1              - RICHARD LOVELL -

2    recap what he recalled from his trip to

3    China and walk me through that.

4              And I asked him questions if

5    I needed to, but I wanted to have him

6    just sort of go through it in a story

7    sort of way.

8              And after he had gone through

9    that, I asked him then specific

10   questions surrounding each of these

11   points 10, 11, 12, etc., and I asked

12   him to read it and respond.

13       Q.    Now, you had already had an

14   interview with him about his cell

15   phone.

16              Was there some concern you

17   had that you hadn't asked one of these

18   questions or that you didn't believe

19   that his answers were credible,

20   anything of that nature?

21       A.    No.   For me it was really a

22   double-check, and it was a matter of

23   trying to be thorough with him.

24       Q.    And did anyone suggest that

25   you conduct this second interview?
```

188

```
 1              - RICHARD LOVELL -
 2    China.
 3        Q.    Also, after he'd answered the
 4    question, What is your understanding of
 5    "discrimination"?
 6        A.    Yeah.  My recollection is
 7    those were the first questions that I
 8    asked him.
 9        Q.    I'm going to hand you your
10    exhibit -- or Exhibit 62.
11        (Whereupon, Lovell Exhibit 62 was
12    premarked for identification.)
13        Q.    I think these are your
14    handwritten notes; is that correct?
15        A.    That's correct.
16        Q.    So this is the style and
17    format of handwritten notes that you
18    would have prepared or did prepare on
19    prior occasions but which you had
20    destroyed?
21        A.    No.  These are much more --
22    much more sense in paragraph form, and
23    the others were more words jotted here
24    and there.
25        Q.    You were still asking the
```

189

```
1            - RICHARD LOVELL -
2    questions?
3        A.    I was still asking the
4    questions.
5        Q.    So in addition to preserving
6    these, you also took these notes in a
7    different style from the ones that have
8    not been preserved; is that your
9    testimony?
10       A.    That's correct.
11       Q.    Did you have a discussion
12   about that with anybody?
13       A.    Not in style, no.
14       Q.    So why did you change your
15   style?
16       A.    Because if I was going to
17   retain the notes, they should make some
18   sense.
19       Q.    Okay.  So let's try to take a
20   look at the very first entry here.
21   "Discrimination," that's a word
22   relating to your question; is that
23   right?
24       A.    Yeah.  These are basically --
25       Q.    Let's take it one step at a
```

195

```
 1              - RICHARD LOVELL -
 2       Q.       Here he says, "Then Chinese
 3   dinner, eating and drinking.  Not sure
 4   about bar, over about midnight."
 5              So that's a lot longer than
 6   that hour and a half starting at 7:30
 7   or so, right?
 8       A.       Yeah.   There were problems
 9   with timelines, both with Jim's alleged
10   complaint as well as what Yue thought
11   what timelines were, as well as what he
12   thought timelines were.
13       Q.       He said, "then went to the
14   bathhouse as usual"?
15       A.       Uh-huh.
16       Q.       Is that a yes?
17       A.       Yes.
18       Q.       And then at this time he says
19   Jim asked to join them; is that right?
20   Jim -- that he told you that Mr. Bonomo
21   wanted to go to the bathhouse with
22   them?
23       A.       No.   Jim asked to join.
24   That's they asked Jim to join, because
25   if you go down --
```

196

– RICHARD LOVELL –

1

2     Q.     This would be Jim, implied in

3  there, was asked as opposed to ask?

4     A.     Jim was asked to join and

5  explain -- then they explained what

6  would happen.  Jim agreed to go.

7     Q.     What did they explain was

8  going to happen?

9     A.     Basically, that it's a

10  massage.

11     Q.     We've heard these terms

12  "sexual" and "nonsexual" massage.

13          Did that term come up?

14     A.     No.  Furuichi San doesn't

15  remember using that term.

16     Q.     And then he told you that a

17  bathhouse is a very usual place to go;

18  normally they would go there.  So

19  that's why he doesn't remember very

20  much about this particular event; is

21  that right?

22     A.     I think the --

23     Q.     Is that what he's saying

24  right here?

25     A.     Where are you?

201

- RICHARD LOVELL -

Q.    Here, what you got from
Furuichi is that he's not sure; isn't
that right?

A.    No.  He ended up saying,
because you're going to see another
line as you go forward, he began to
build hypotheticals around things that
could have happened, but when pressed,
he basically said that there was no way
that those things occurred.  He did not
recall them.

Q.    I see.  Well, he did not
recall -- I think we went through this
before -- "did not recall" and "did not
happen," in your mind, are two
distinctly separate --

A.    No.  I think you asked me
about "denied" versus "did not recall."
I think if somebody doesn't remember
something, and they consistently don't
remember, that's it; they don't
remember it.

Q.    Okay.  That's not a denial,
correct?

202

```
1              - RICHARD LOVELL -
2       A.    It's not a denial, but they
3    believe that those things did not
4    occur.
5       Q.    Forgive me.  I'm losing your
6    reasoning here.
7              If I heard what you just
8    said, you said was that if somebody
9    says "I do not recall" enough times, in
10   your mind, that becomes "I deny it" as
11   opposed to "I just don't remember it";
12   is that correct?
13      A.    Yes.  Some of the things, he
14   doesn't remember it, but some of it
15   he'll say something to the effect, I
16   don't remember that happening; no, that
17   did not happen.
18      Q.    Well, when he says, I may
19   have said you will be the target, how
20   could you possibly deny that?
21      A.    Well, when you go further and
22   you look at the side-bar notes that I
23   have, after he had gone through and he
24   had built some hypotheticals around a
25   number of these different questions, I
```

203

```
1              - RICHARD LOVELL -
2   asked him.
3              And I said, Look, are you
4   remembering things or are these things
5   that did not happen, you don't recall
6   them happening?
7              And his answer is, They did
8   not happen.  I don't remember them.
9        Q.    Do you know what a leading
10  question is, sir?
11       A.    Yes.
12       Q.    Do you think that after he
13  had made this answer several times,
14  saying, I don't remember, or it may
15  have happened, or something along those
16  lines, that when you went back and
17  insisted on knowing whether or not it
18  happened or not, that you were
19  suggesting to him what the answer
20  should be?
21             MR. SONNENBERG:  Objection as
22        to form.
23       A.    I don't think it was leading.
24  I asked him a question and the question
25  was, Do you remember these things or
```

204

```
1                - RICHARD LOVELL -
2    don't you?
3        Q.    Well, he's already said that
4    he doesn't one way or the other.
5                What were you trying to
6    suggest to him by asking the question
7    again?
8                MR. SONNENBERG:   Objection as
9        to form.
10       A.    I wanted to know whether he
11   was actually starting to remember
12   things or whether these were things
13   that he was trying to imagine that
14   happened or how they could have
15   happened.
16               And as it turned out, he was
17   getting creative in terms of building
18   these hypotheticals, but he did not
19   remember them.
20       Q.    I'm going to also hand you
21   Plaintiff's Exhibit 63 while we're at
22   it, Mr. Leffler's notes of this same
23   meeting.
24           (Whereupon, Lovell Exhibit 63 was
25   premarked for identification.)
```

217

```
1            - RICHARD LOVELL -
2            So that was the one thing
3    that was brought up by both of them as
4    something that could have happened, and
5    so I listed it as something that
6    potentially happened.
7        Q.    Were you aware that
8    Mitsubishi International Corporation
9    denied the allegations of Paragraph 18?
10       A.    No.
11       Q.    Paragraph 19 says, "Mr. Zhibo
12   then used his cell phone to take a
13   picture of Mr. Bonomo's genitals."
14            And Furuichi says, according
15   to your notes, "Does not remember.
16   Mr. Yue may have cell phone.  Do not
17   remember.  Yue could have taken
18   picture.  Prone to act like child."
19            Is that pretty much what
20   Mr. Furuichi told you?
21       A.    At that point, yes.
22       Q.    Mr. Leffler writes down, "I
23   don't remember if Yue took a picture
24   with cell phone.  Chinese do take cell
25   phones every place.
```

218

```
1                - RICHARD LOVELL -
2           "Concerning Yue's
3    personality, he may have taken a
4    picture.  Once Mr. Yue thinks he is
5    friendly with a person, he can be
6    childish.  Would not be a surprise, but
7    I really don't recall."
8           Were you aware that
9    Mitsubishi International Corporation
10   took the position in its answer that
11   all of these allegations were denied?
12       A.    I'm not aware of it, but I
13   wouldn't disagree with a denial on
14   that, no.
15       Q.    It would be more accurate to
16   say that you didn't have knowledge or
17   information sufficient to form a belief
18   as to the truth of this; is that
19   correct?
20           MR. SONNENBERG:  Objection as
21       to form.  Lacks foundation.
22       A.    I had two people being
23   relatively consistent in what they
24   said.  And, in fact, I had Furuichi,
25   after I asked him whether he was
```

219

```
1              - RICHARD LOVELL -
2    remembering or not remembering what had
3    occurred.
4              And he came back and said,
5    Look, there is -- this did not happen.
6    It was not something that they did and
7    my -- barring the fact that I didn't
8    get a chance to talk to Jim and get any
9    information from there, I would have to
10   tend to believe him.
11       Q.    Now, you wrote this marginal
12   notation.  It says, "on several points
13   above, when pressed, he did not recall
14   at all and was trying to think of what
15   context something may have happened if
16   in fact it did. "
17             You write down,
18   "Paragraphs 12, 16, 19, and 20," right?
19       A.    Uh-huh.
20       Q.    That's a yes?
21       A.    Yes.
22       Q.    Would you take a look at
23   Mr. Leffler's notes and tell me if you
24   see any -- anything of that nature in
25   Mr. Leffler's notes?
```

222

```
1              - RICHARD LOVELL -

2        Q.    Mr. Leffler says, "I could

3   have said this or Mr. Yue said this.   I

4   do not recall saying something like

5   this, however."

6              That's not "not at all," is

7   it?

8        A.    I didn't write Leffler's

9   notes.

10       Q.    No, you didn't.  But do you

11  think that what I've just read to you

12  from Mr. Leffler's notes makes up that

13  he doesn't recall rather than not at

14  all, and says that Mr. Yue could have

15  said this?

16             MR. SONNENBERG:  Objection as

17     to form.

18       A.    No.  I can only go by what I

19  wrote, and what I wrote is what I

20  recollect, and that's what went in the

21  report.

22       Q.    This is one of those things

23  where seeing the document or seeing

24  Mr. Leffler's notes doesn't refresh

25  your recollection.  You believe that
```

286

1

2          C E R T I F I C A T E

3   STATE OF NEW YORK   )

4                    )   ss.

5   COUNTY OF NEW YORK )

6

7        I, HOPE LYNN MENAKER, a Notary

8   Public Within and for the State of New

9   York, do hereby certify:

10       That RICHARD LOVELL, the witness

11  whose deposition is hereinbefore set

12  forth, was duly sworn by me and that

13  such deposition is a true record of the

14  testimony given by the witness.

15       I further certify that I am not

16  related to any of the parties to this

17  action by blood or marriage, and that I

18  am in no way interested in the outcome

19  of this matter.

20            IN WITNESS WHEREOF, I have

21  hereunto set my hand this 16th day of

22  May, 2008.

23

24                _Hope Lynn Menaker_

25            HOPE LYNN MENAKER