STEPHEN P. SONNENBERG
GLENN S. GRINDLINGER
ALISON R. KIRSHNER
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES BONOMO,<br><br>                Plaintiff,<br><br>- against -<br><br>MITSUBISHI INTERNATIONAL CORPORATION,<br><br>                Defendant. | 07 Civ. 5967 (CM)<br><br>**CERTIFICATE OF SERVICE** |

The undersigned member of the Bar of this Court certifies that she served a true and correct copy of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Sanctions and the Affirmation of Stephen P. Sonnenberg on Michael Grenert, Esq. of Liddle & Robinson, Attorneys for Plaintiff, by first class mail to Mr. Grenert at 800 Third Avenue, New York, New York 10022, the addresses designated by said attorney for that purpose.

Dated: New York, New York          s/ Alison R. Kirshner
       June 24, 2008