STEPHEN P. SONNENBERG
GLENN S. GRINDLINGER
ALISON R. KIRSHNER
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES BONOMO,

    Plaintiff,

- against -

MITSUBISHI INTERNATIONAL
CORPORATION,

    Defendant.

07 Civ. 5967 (CM)

**CERTIFICATE OF SERVICE**

---

  The undersigned member of the Bar of this Court certifies that she served a true and correct copy of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Sanctions and the Affirmation of Stephen P. Sonnenberg on Michael Grenert, Esq. of Liddle & Robinson, Attorneys for Plaintiff, by first class mail to Mr. Grenert at 800 Third Avenue, New York, New York 10022, the addresses designated by said attorney for that purpose.

Dated: New York, New York
   June 24, 2008

      s/ Alison R. Kirshner