UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
James Bonomo,

                Plaintiff(s),                  07 Civ. 5967 (CM) (KNF)

    -against-                            **ORDER**

Mitsubishi International Corporation,

                Defendant(s),

------------------------------------------------------------x

        It having been reported to this Court that the above entitled action has been settled,

        IT IS ORDERED that the action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty (30) days of the date of this order, either party may apply by letter for restoration of the action to the calendar of the undersigned. Any such application must be made before the thirty (30) days have expired, or it will be denied. Any such application timely made will be granted.

                                                                           */s/ Colleen McMahon*

                                                                       **Colleen McMahon, U.S.D.J.**

Dated: New York, New York
          July 2, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08