*McMahon, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES BONOMO,

           Plaintiff,

- against -

MITSUBISHI INTERNATIONAL
CORPORATION,

           Defendant.

---

07 Civ. 5967 (CM) (KNF)

**STIPULATION**

### JOINT STIPULATION TO STAY THE PENDING ACTION

**WHEREAS**, on Friday, June 27, 2008, the parties successfully mediated their dispute and agreed to resolve their differences;

**WHEREAS**, on Friday, June 27, 2008, the parties memorialized their resolution by signing an agreement to, *inter alia*, resolve and dismiss with prejudice the above-captioned matter; and

**WHEREAS**, significant terms of their agreement to resolve the above-captioned matter will be effectuated in August 2008 upon which the parties will file a Stipulation of Dismissal with the Court;

**IT IS HEREBY STIPULATED AND AGREED** by the parties to this action, through their undersigned counsel that the parties jointly request that the Court stay the above-captioned matter until the Stipulation of Dismissal is submitted or in the alternative that the Court continue all dates currently set for sixty (60) days.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 7/3/08

LEGAL_US_E # 79968129.1

DATED: June 30, 2008

| | |
|---|---|
| LIDDLE & ROBINSON, L.L.P. | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| By: *[signature]* Michael Grenert | By: *[signature]* |
| Jeffrey Liddle<br>Michael Grenert | Stephen P. Sonnenberg<br>Glenn S. Grindlinger<br>Alison R. Kirshner |
| 800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 687-8500 | 75 East 55th Street<br>New York, NY 10022-3205<br>(212) 318-6000 |
| *Attorney for Plaintiff James Bonomo* | *Attorneys for Defendant*<br>*Mitsubishi International Corporation* |

SO ORDERED: _____
Colleen McMahon, U.S.D.J.

Date: 7/11/08

LEGAL_US_B # 79968129.1